## William J. Moore v. Anson B. Jenks.

1. PARTIES—*Must be Interested in the Subject-matter.*—A person who has ceased to have an interest in real estate affected by a decree can not appeal therefrom.

Foreclosure Proceedings.—Appeal from the Circuit Court of Cook County; the Hon. ABNER SMITH, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed January 21, 1897.

Dow, WALKER & WALKER, attorneys for appellant.

W. D. LAUNDER, attorney for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The complaint of the appellant is upon a decree of the court as to the relative rights of the appellant under a sale of real estate upon a judgment in his favor, and of the appellee under a mortgage upon the same premises, subsequent to the judgment.

But, as upon his own showing, it appears that more than eighteen months before the decree he had sold and assigned the certificate of the sale under his judgment, and had no longer any interest in the real estate affected, he has no ground of complaint against the decree. Press v. Woodley, 57 Ill. App. 123; S. C., 160 Ill. 433.

It is affirmed.